AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:22-MJ-00635 | 0930 9/23/22 | ATTORNEY DENNIS GAUGHAN |

Inventory made in the presence of:
SA JESSICA SALO

Inventory of the property taken and name of any person(s) seized:

APPLE iPHONE 8 IMEI 356087090711093l WITH CALL NUMBER 714-757-0424

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/23/22

*Executing officer's signature*

SA BRADEN BALLANTYNE
*Printed name and title*